AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br>v.<br>FREEMAN, ANTHONY G<br>1113 BOOTH ST<br><br>CHESTER, PA 19013 | Judgment in a Criminal Case<br>(For a Petty Offense) — Short Form |
|---|---|
| | Case No.  PE72    4317035 |
| | USM No.  14-M-1067 |
| | PRO SE |
| | Defendant's Attorney |

**THE DEFENDANT:** FREEMAN, ANTHONY G

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 CFR 1.218(b)11 | DISORDERLY CONDUCT | 10/24/2014 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $150.00 | $ 0.00 | $ 125.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1960

City and State of Defendant's Residence:
CHESTER, PA

October 24, 2014
Date of Imposition of Judgment

/s/ [signature]
Signature of Judge

JACOB P. HART, U.S. Magistrate Judge
Name and Title of Judge

October 29, 2014
Date

DEFENDANT:     FREEMAN, ANTHONY G

CASE NUMBER:  PE72         4317035

DISTRICT:          EASTERN DISTRICT OF PENNSYLVANIA

### Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's Residential Address :     1113 BOOTH ST

CHESTER, PA 19013

Defendant's Mailing Address :
*(if different)*